1064

[No. 48284-3-II.   Division Two.   February 7, 2017.]

CHERIE Y. COOK ET AL., *Appellants*, v. TACOMA MALL PARTNERSHIP ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-13215-3, Philip K. Sorensen, J., entered October 16, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Worswick and Sutton, JJ.

[No. 48338-6-II.   Division Two.   February 7, 2017.]

AMANDA LEANN PELLANDA, *Appellant*, v. RYAN GARRETT SCHWARDER, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-3-01468-3, G. Helen Whitener, J., entered November 6, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Worswick, J.

[No. 48354-8-II.   Division Two.   February 7, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY LEE KEITH, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 15-1-00340-5, David L. Edwards, J., entered December 4, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick and Sutton, JJ.

[No. 48457-9-II.   Division Two.   February 7, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT PATRICK JOSEPH HOGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-1-00465-9, James W. Lawler, J., entered December 2, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Melnick, J.